PHILLIP A. TALBERT
United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CESAR ERENDIRA NAVA, et al,<br><br>　　　　　　　Defendants. | CASE NO. 2:17-MJ-0065-AC<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE REDACTED COPY OF COMPLAINT |

For good cause shown, the government's motion to unseal the above-referenced case, keep the complaint and any supporting affidavit as originally filed under seal, and file a redacted copy of the complaint and supporting affidavit is GRANTED.

Dated: April 20, 2017

　　　　　　　　　　　　　　　　　　　HON. ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge