1  PHILLIP A. TALBERT
   United States Attorney
2  ROSS K. NAUGHTON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,            CASE NO. 2:17-CR-00064-JAM

12                 Plaintiff,           STIPULATION REGARDING EXCLUDABLE
                                        TIME PERIODS UNDER SPEEDY TRIAL ACT;
13            v.                        FINDINGS AND ORDER

14 CESAR ERENDIRA NAVA,                 DATE: June 13, 2017
   GEORGINA E. LOPEZ QUINTERO,          TIME: 9:15 a.m.
15 ALFONSO RIVERA, JR.,                 COURT: Hon. John A. Mendez
   RUTH A. KELLNER,
16 RODNEY G. SHARP, AND
   GARY M. ROBERTS,
17
                   Defendants.
18

19                                **STIPULATION**

20    1.    By previous order, this matter was set for status on June 13, 2017.

21    2.    By this stipulation, defendants now move to continue the status conference until

22 September 12, 2017 at 9:15 a.m., and to exclude time between June 13, 2017, and September 12, 2017 at

23 9:15 a.m., under Local Code T4.

24    3.    The parties agree and stipulate, and request that the Court find the following:

25         a)    The government has represented that the discovery associated with this case is

26    extensive. It includes, among other things, hundreds of pages of investigative reports, multiple

27    wiretap applications, audio recordings of thousands of intercepted calls, transcripts, photographs,

28    pole camera video, photographs, and many items of seized real evidence, including alleged

narcotics. All of this discovery has been made available for inspection and copying. Much of this discovery has been produced directly to counsel, with more productions forthcoming.

      b)    Counsel for defendants desire additional time to review the current charges, to review and copy discovery for this matter, to conduct investigation and research related to the charges, to discuss potential resolutions with their clients, and to otherwise prepare for trial.

      c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 13, 2017 to September 12, 2017 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[*End of page*.]

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 8, 2017             PHILLIP A. TALBERT
United States Attorney

/s/ ROSS K. NAUGHTON
ROSS K. NAUGHTON
Assistant United States Attorney

Dated: June 8, 2017             /s/ CLEMENTE M. JIMÉNEZ
CLEMENTE M. JIMÉNEZ
Counsel for Defendant
CESAR ERENDIRA NAVA

Dated: June 8, 2017             /s/ DUSTIN D. JOHNSON
DUSTIN D. JOHNSON
Counsel for Defendant
GEORGINA E. LOPEZ QUINTERO

Dated: June 8, 2017             /s/ M. JASON LAWLEY
M. JASON LAWLEY
Counsel for Defendant
ALFONSO RIVERA, JR.

Dated: June 8, 2017             /s/ CHRISTOPHER R. COSCA
CHRISTOPHER R. COSCA
Counsel for Defendant
RUTH A. KELLNER

Dated: June 8, 2017             /s/ HANNAH R. LABAREE
HANNAH R. LABAREE
Counsel for Defendant
RODNEY G. SHARP

Dated: June 8, 2017                    /s/ ETAN ZAITSU
                                       ETAN ZAITSU
                                       Counsel for Defendant
                                       GARY M. ROBERTS

* * *

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 8th day of June, 2017

                                       /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE