| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | ROSS K. NAUGHTON |
|   | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
|   | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00064-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| CESAR ERENDIRA NAVA, GEORGINA E. LOPEZ QUINTERO, ALFONSO RIVERA, JR., RUTH A. KELLNER, RODNEY G. SHARP, AND GARY M. ROBERTS, | DATE: September 12, 2017 TIME: 9:15 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on September 12, 2017.

2. By this stipulation, defendants now move to continue the status conference until December 12, 2017 at 9:15 a.m., and to exclude time between September 12, 2017, and December 12, 2017 at 9:15 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case is extensive. It includes, among other things, hundreds of pages of investigative reports, multiple wiretap applications, audio recordings of thousands of intercepted calls, transcripts, photographs, pole camera video, photographs, and many items of seized real evidence, including alleged

1 narcotics. All of this discovery has been made available for inspection and copying. Much of this discovery has been produced directly to counsel, with more productions forthcoming. In particular, the government intends to produce additional material in the coming week.

b) In addition, the government is preparing material to respond to a specific discovery request regarding one of the enforcement actions in this case.

c) Counsel for defendants desire additional time to review the current charges, to review and copy discovery for this matter, to conduct investigation and research related to the charges, to discuss potential resolutions with their clients, and to otherwise prepare for trial.

d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 12, 2017 to December 12, 2017 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[*Cont'd next page*.]

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 8, 2017      PHILLIP A. TALBERT
                              United States Attorney


                              /s/ ROSS K. NAUGHTON
                              ROSS K. NAUGHTON
                              Assistant United States Attorney


Dated: September 8, 2017      /s/ CLEMENTE M. JIMÉNEZ
                              CLEMENTE M. JIMÉNEZ
                              Counsel for Defendant
                              CESAR ERENDIRA NAVA


Dated: September 8, 2017      /s/ DUSTIN D. JOHNSON
                              DUSTIN D. JOHNSON
                              Counsel for Defendant
                              GEORGINA E. LOPEZ
                              QUINTERO


Dated: September 8, 2017      /s/ M. JASON LAWLEY
                              M. JASON LAWLEY
                              Counsel for Defendant
                              ALFONSO RIVERA, JR.


Dated: September 8, 2017      /s/ CHRISTOPHER R. COSCA
                              CHRISTOPHER R. COSCA
                              Counsel for Defendant
                              RUTH A. KELLNER


Dated: September 8, 2017      /s/ HANNAH R. LABAREE
                              HANNAH R. LABAREE
                              Counsel for Defendant
                              RODNEY G. SHARP

Dated: September 8, 2017        /s/ ETAN ZAITSU
ETAN ZAITSU
Counsel for Defendant
GARY M. ROBERTS

* * *

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 8th day of September, 2017.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE