1  McGREGOR W. SCOTT
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:17-CR-00064-JAM

12                     Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                         FINDINGS AND ORDER

14 CESAR ERENDIRA NAVA,                    DATE: February 13, 2018
   GEORGINA E. LOPEZ QUINTERO,             TIME: 9:15 a.m.
15 ALFONSO RIVERA, JR.,                    COURT: Hon. John A. Mendez
   RUTH A. KELLNER,
16 RODNEY G. SHARP, and
   GARY M. ROBERTS,
17
                       Defendants.
18

19                           STIPULATION

20      1.      By previous order, this matter was set for status on February 13, 2018.

21      2.      By this stipulation, defendants now move to continue the status conference until April 17,

22 2018 at 9:15 a.m., and to exclude time between February 13, 2018, and April 17, 2018 at 9:15 a.m.,

23 under Local Code T4.

24      3.      The parties agree and stipulate, and request that the Court find the following:

25              a)      The government has represented that the discovery associated with this case is

26 extensive. It includes, among other things, hundreds of pages of investigative reports, multiple

27 wiretap applications, audio recordings of thousands of intercepted calls, transcripts, photographs,

28 pole camera video, photographs, and many items of seized real evidence, including alleged

narcotics. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b)   Counsel for defendants desire additional time to review discovery, conduct investigation, and prepare for trial. Some additional discovery is also expected from the government.

   c)   Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d)   The government does not object to the continuance.

   e)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 13, 2018 to April 17, 2018 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

   4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

   IT IS SO STIPULATED.

Dated: February 9, 2018          McGREGOR W. SCOTT
                                 United States Attorney


                                 /s/ AMANDA BECK
                                 AMANDA BECK
                                 Assistant United States Attorney


Dated: February 9, 2018          /s/ Clemente Jimenez

1

Clemente Jimenez
Counsel for Defendant
Cesar Erendira Nava

2

3 Dated: February 9, 2018        /s/ Dustin Johnson

4                                Dustin Johnson
                                Counsel for Defendant
5                                Georgina E. Lopez Quintero

6 Dated: February 9, 2018        /s/ M. Jason Lawley

7                                M. Jason Lawley
                                Counsel for Defendant
8                                Alfonso Rivera, Jr.

9 Dated: February 9, 2018        /s/ Chris Cosca

10                               Chris Cosca
                                Counsel for Defendant
11                               Ruth A. Kellner

12 Dated: February 9, 2018       /s/ Hannah Labaree

13                               Hannah Labaree
                                Counsel for Defendant
14                               Rodney G. Sharp

15 Dated: February 9, 2018       /s/ Etan Zaitsu

16                               Etan Zaitsu
                                Counsel for Defendant
17                               Gary M. Roberts

18

19

20                          **FINDINGS AND ORDER**

21        IT IS SO FOUND AND ORDERED this 9th day of February, 2018

22

23                                /s/ John A. Mendez

                                THE HONORABLE JOHN A. MENDEZ
24                               UNITED STATES DISTRICT COURT JUDGE

25

26

27

28