McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00064-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| CESAR ERENDIRA NAVA, GEORGINA E. LOPEZ QUINTERO, ALFONSO RIVERA, JR., RUTH A. KELLNER, RODNEY G. SHARP, and GARY M. ROBERTS, | DATE: April 17, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on April 17, 2018.

2. By this stipulation, defendants now move to continue the status conference until June 26, 2018 at 9:15 a.m. and to exclude time between April 17, 2018, and June 26, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case is extensive. It includes, among other things, hundreds of pages of investigative reports, multiple wiretap applications, audio recordings of thousands of intercepted calls, transcripts, photographs, pole camera video, photographs, and many items of seized real evidence, including alleged narcotics. All of this discovery has been either produced directly to counsel and/or made

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

available for inspection and copying.

  b) Counsel for defendants desire additional time to review discovery, conduct investigation, and prepare for trial. Some additional discovery is also expected from the government.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 17, 2018 to June 26, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 12, 2018         McGREGOR W. SCOTT
                   United States Attorney

                   /s/ AMANDA BECK
                   AMANDA BECK
                   Assistant United States Attorney

Dated: April 12, 2018               /s/ Clemente Jimenez

|  | Clemente Jimenez<br>Counsel for Defendant<br>Cesar Erendira Nava |
|---|---|
| Dated: April 12, 2018 | /s/ Dustin Johnson<br>Dustin Johnson<br>Counsel for Defendant<br>Georgina E. Lopez Quintero |
| Dated: April 12, 2018 | /s/ M. Jason Lawley<br>M. Jason Lawley<br>Counsel for Defendant<br>Alfonso Rivera, Jr. |
| Dated: April 12, 2018 | /s/ Chris Cosca<br>Chris Cosca<br>Counsel for Defendant<br>Ruth A. Kellner |
| Dated: April 12, 2018 | /s/ Hannah Labaree<br>Hannah Labaree<br>Counsel for Defendant<br>Rodney G. Sharp |
| Dated: April 12, 2018 | /s/ Etan Zaitsu<br>Etan Zaitsu<br>Counsel for Defendant<br>Gary M. Roberts |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 13th day of April, 2018

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE