McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00064-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| CESAR ERENDIRA NAVA, GEORGINA E. LOPEZ QUINTERO, ALFONSO RIVERA, JR., RUTH A. KELLNER, RODNEY G. SHARP, and GARY M. ROBERTS, | DATE: August 21, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on August 21, 2018.

2. By this stipulation, defendants now move to continue the status conference until June 26, 2018, and to exclude time between August 21, 2018, and June 26, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case is extensive. It includes, among other things, hundreds of pages of investigative reports, multiple wiretap applications, audio recordings of thousands of intercepted calls, transcripts, photographs, pole camera video, photographs, and many items of seized real evidence, including alleged narcotics. All of this discovery has been either produced directly to counsel and/or made

1  available for inspection and copying.

2      b)    Counsel for defendants desire additional time to review discovery, conduct investigation, and prepare for trial. Some additional discovery is also expected from the government.

    c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    The government does not object to the continuance.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 21, 2018 to June 26, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 22, 2018                    McGREGOR W. SCOTT
                                                  United States Attorney

                                                  /s/ AMANDA BECK
                                                  AMANDA BECK
                                                  Assistant United States Attorney

Dated: June 22, 2018                    /s/ Clemente Jimenez
                                        Clemente Jimenez
                                        Counsel for Defendant
                                        Cesar Erendira Nava

Dated: June 22, 2018                    /s/ Dustin Johnson
                                        Dustin Johnson
                                        Counsel for Defendant
                                        Georgina E. Lopez Quintero

Dated: June 22, 2018                    /s/ M. Jason Lawley
                                        M. Jason Lawley
                                        Counsel for Defendant
                                        Alfonso Rivera, Jr.

Dated: June 22, 2018                    /s/ Chris Cosca
                                        Chris Cosca
                                        Counsel for Defendant
                                        Ruth A. Kellner

Dated: June 22, 2018                    /s/ Hannah Labaree
                                        Hannah Labaree
                                        Counsel for Defendant
                                        Rodney G. Sharp

Dated: June 22, 2018                    /s/ Etan Zaitsu
                                        Etan Zaitsu
                                        Counsel for Defendant
                                        Gary M. Roberts

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 22nd day of June, 2018

                                        /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE