McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00064-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| CESAR ERENDIRA NAVA, GEORGINA E. LOPEZ QUINTERO, ALFONSO RIVERA, JR., RUTH A. KELLNER, RODNEY G. SHARP, and GARY M. ROBERTS, | DATE: August 21, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on August 21, 2018.

2. By this stipulation, defendants now move to continue the status conference until November 6, 2018, and to exclude time between August 21, 2018 and November 6, 2018, under Local Codes D and T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case is extensive. It includes, among other things, hundreds of pages of investigative reports, multiple wiretap applications, audio recordings of thousands of intercepted calls, transcripts, photographs, pole camera video, photographs, and many items of seized real evidence, including alleged

narcotics. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      In addition, defendants Kellner, Sharp, and Roberts have joined in a Motion to Suppress, which was submitted to the court on June 13, 2018. Dkt. #111. A motion hearing is scheduled for September 11, 2018. Dkt. #131. While the motion is pending, time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., is automatically excluded under Local Code D and under 18 U.S.C.§ 3161(h)(1)(D).

      c)      The motion's outcome could affect the posture of the case. Given this, counsel for defendants desire additional time to review discovery, conduct investigation, and prepare for the hearing and potential trial.

      d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 21, 2018 to November 6, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1     4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: August 16, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
|---|---|
| | /s/ AMANDA BECK<br>AMANDA BECK<br>Assistant United States Attorney |
| Dated: August 16, 2018 | /s/ Clemente Jimenez<br>Clemente Jimenez<br>Counsel for Defendant<br>Cesar Erendira Nava |
| Dated: August 16, 2018 | /s/ Dustin Johnson<br>Dustin Johnson<br>Counsel for Defendant<br>Georgina E. Lopez Quintero |
| Dated: August 16, 2018 | /s/ M. Jason Lawley<br>M. Jason Lawley<br>Counsel for Defendant<br>Alfonso Rivera, Jr. |
| Dated: August 16, 2018 | /s/ Chris Cosca<br>Chris Cosca<br>Counsel for Defendant<br>Ruth A. Kellner |
| Dated: August 16, 2018 | /s/ Hannah Labaree<br>Hannah Labaree<br>Counsel for Defendant<br>Rodney G. Sharp |
| Dated: August 16, 2018 | /s/ Etan Zaitsu<br>Etan Zaitsu<br>Counsel for Defendant<br>Gary M. Roberts |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 17th day of August, 2018.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE