Dustin D. Johnson (SBN: 234008)
Two Rivers Law, P.C.
2701 Del Paso Road, Suite 130-155
Sacramento, CA 95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Georgina Lopez-Quintero

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  v.<br><br>Cesar Erendira Nava,<br>Georgina Lopez-Quintero,<br>Alfonso Rivera, Jr.,<br>Ruth A. Kellner,<br>Rodney G. Sharp, and<br>Gary M. Roberts,<br><br>        Defendants. | No. 2:17-cr-00064-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |

**STIPULATION**

1. By previous order, this matter was set for status on November 6, 2018

2. By this stipulation, defendants, by and through their undersigned counsel, now move to continue the status conference until January 8, 2019, at 9:15 a.m., and to exclude time between November 6, 2018 and January 8, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court

1

find the following:

a) The government has represented that the discovery associated with this case is extensive. It includes, among other things, hundreds of pages of investigative reports, multiple wiretap applications, audio recordings of thousands of intercepted calls, transcripts, photographs, pole camera video, and many items of seized real evidence, including alleged narcotics. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) In addition, defendants Kellner, Sharp and Roberts have joined in a Motion to Suppress. A motion hearing is scheduled for November 20, 2018. See Dkt. #143. While the Motion is pending, time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., is automatically excluded under Local Code D and under 18 U.S.C. § 3161(h)(1)(D).

c) The motion's outcome could affect the posture of the case. Given this, counsel for defendants desire additional time to review discovery, conduct investigation, and prepare for the hearing and potential trial.

d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The United States does not object to the continuance.

f) Based on the above-stated findings, the ends of justice

|   |   |   |
|---|---|---|
| 1 | | served by continuing the case as requested outweigh the |
| 2 | | interest of the public and the defendant in a trial |
| 3 | | within the original date prescribed by the Speedy Trial |
| 4 | | Act. |
| 5 | g) | For the purpose of computing time under the Speedy |
| 6 | | Trial Act, 18 U.S.C. § 3161, et seq., within which |
| 7 | | trial must commence, the time period of November 6, |
| 8 | | 2018 and January 8, 2019, inclusive, is deemed |
| 9 | | excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) |
| 10 | | [Local Code T4] because it results from a continuance |
| 11 | | granted by the Court at defendant's request on the |
| 12 | | basis of the Court's finding that the ends of justice |
| 13 | | served by taking such action outweigh the best interest |
| 14 | | of the public and the defendant in a speedy trial. |
| 15 | 4. | Nothing in this stipulation and order shall preclude a |
| 16 | | finding that other provisions of the Speedy Trial Act |
| 17 | | dictate that additional time periods are excludable from the |
| 18 | | period within which a trial must commence. |

Dated: November 2, 2018  Respectfully Submitted,


/s/ Dustin D. Johnson
DUSTIN D. JOHNSON
Attorney for Defendant
Georgina Lopez-Quintero

Dated: November 2, 2018  McGREGOR W. SCOTT
United State Attorney

/s/ Amanda Beck (via email)
AMANDA BECK
Assistant United State Attorney

3

| | | |
|---|---|---|
| Dated: November 2, 2018 | | /s/ Clemente Jimenez (via email) |
| | | Clemente Jimenez |
| | | Counsel for Defendant |
| | | Cesar Erendira Nava |
| Dated: November 2, 2018 | | /s/ M. Jason Lawley (via email) |
| | | M. Jason Lawley |
| | | Counsel for Defendant |
| | | Alfonso Rivera, Jr. |
| Dated: November 2, 2018 | | /s/ Chris Cosca (via email) |
| | | Chris Cosca |
| | | Attorney for Defendant |
| | | Ruth A. Kellner |
| Dated: November 2, 2018 | | /s/ Hannah Labaree (via email) |
| | | Hannah Labaree |
| | | Attorney for Defendant |
| | | Rodney G. Sharp |
| Dated: November 2, 2018 | | /s/ Etan Zaitsu (via email) |
| | | Etan Zaitsu |
| | | Attorney for Defendant |
| | | Gary M. Roberts |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of November, 2018.

/s/ John A. Mendez
John A. Mendez
United States District Court Judge