McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00064-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| CESAR ERENDIRA NAVA, GEORGINA E. LOPEZ QUINTERO, ALFONSO RIVERA, JR., RUTH A. KELLNER, RODNEY G. SHARP, and GARY M. ROBERTS, | DATE: January 8, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on January 8, 2019.

2. By this stipulation, defendants now move to continue the status conference until March 5, 2019 at 9:15 a.m., and to exclude time between January 8, 2019, and March 5, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case is extensive. It includes, among other things, more than 1,700 of pages of investigative reports, multiple wiretap applications, audio recordings of thousands of intercepted calls, transcripts, photographs, pole camera video, photographs, and many items of seized real evidence, including

1 alleged narcotics. All of this discovery has been either produced directly to counsel and/or made
2 available for inspection and copying.

        b) Some counsel have also filed discovery motions. One was denied on August 13, 2018. Another was withdrawn on January 2, 2019. In response to the latter motion, the government is in the process of making additional evidence available for defense inspection. This evidence should arrive in the Sacramento area by about January 11, 2019.

        c) Counsel for defendants desire additional time to review discovery, conduct investigation, and prepare for trial.

        d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e) The government does not object to the continuance.

        f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 8, 2019 to March 5, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  January 3, 2019 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ AMANDA BECK<br>AMANDA BECK<br>Assistant United States Attorney |
| Dated:  January 3, 2019 | /s/ Clemente Jimenez<br>Clemente Jimenez<br>Counsel for Defendant<br>Cesar Erendira Nava |
| Dated:  January 3, 2019 | /s/ Dustin Johnson<br>Dustin Johnson<br>Counsel for Defendant<br>Georgina E. Lopez Quintero |
| Dated:  January 3, 2019 | /s/ M. Jason Lawley<br>M. Jason Lawley<br>Counsel for Defendant<br>Alfonso Rivera, Jr. |
| Dated:  January 3, 2019 | /s/ Chris Cosca<br>Chris Cosca<br>Counsel for Defendant<br>Ruth A. Kellner |
| Dated:  January 3, 2019 | /s/ Hannah Labaree<br>Hannah Labaree<br>Counsel for Defendant<br>Rodney G. Sharp |
| Dated:  January 3, 2019 | /s/ Etan Zaitsu<br>Etan Zaitsu<br>Counsel for Defendant<br>Gary M. Roberts |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 4th day of January, 2019

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE