Dustin D. Johnson (SBN: 234008)
Two Rivers Law, P.C.
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Georgina Lopez-Quintero

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Cesar Erendira Nava,<br>Georgina Lopez-Quintero,<br>Alfonso Rivera, Jr.,<br>Ruth A. Kellner,<br>Rodney G. Sharp, and<br>Gary M. Roberts,<br><br>    Defendants. | No.  2:17-cr-00064-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |

**STIPULATION**

1. By previous order, this matter was set for status on August 20, 2019.

2. By this stipulation, defendants, by and through their undersigned counsel, now move to continue the status conference until October 22, 2019, at 9:15 a.m., and to exclude time between August 20, 2019 and October 22, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court

1

find the following:

a) The government has represented that the discovery associated with this case is extensive. It includes, among other things, hundreds of pages of investigative reports, multiple wiretap applications, audio recordings of thousands of intercepted calls, transcripts, photographs, pole camera video, and many items of seized real evidence, including alleged narcotics. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for several defendants and the government have entered discussions regarding resolution of their respective cases. The government anticipates providing plea agreements to at least two defendants in the next week or two and possibly others after that.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The United States does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which

|   |   |
|---|---|
| 1 | trial must commence, the time period of August 20, 2019 |
| 2 | and October 22, 2019, inclusive, is deemed excludable |
| 3 | pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code |
| 4 | T4] because it results from a continuance granted by |
| 5 | the Court at defendant's request on the basis of the |
| 6 | Court's finding that the ends of justice served by |
| 7 | taking such action outweigh the best interest of the |
| 8 | public and the defendant in a speedy trial. |

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: August 16, 2019            Respectfully Submitted,


                                  /s/ Dustin D. Johnson
                                  DUSTIN D. JOHNSON
                                  Attorney for Defendant
                                  Georgina Lopez-Quintero

Dated: August 16, 2019            McGREGOR W. SCOTT
                                  United State Attorney

                                  /s/ Jason Hitt (in person)
                                  JASON HITT
                                  Assistant United State Attorney

Dated: August 16, 2019            /s/ Clemente Jimenez(via email)
                                  Clemente Jimenez
                                  Counsel for Defendant
                                  Cesar Erendira Nava

Dated: August 16, 2019            /s/ M. Jason Lawley (via email)
                                  M. Jason Lawley
                                  Counsel for Defendant
                                  Alfonso Rivera, Jr.

| | |
|---|---|
| Dated: August 16, 2019 | /s/ Chris Cosca (via email){.underline}<br>Chris Cosca<br>Attorney for Defendant<br>Ruth A. Kellner |
| Dated: August 16, 2019 | /s/ Hannah Labaree (via email)<br>Hannah Labaree<br>Attorney for Defendant<br>Rodney G. Sharp |
| Dated: August 16, 2019 | /s/ Etan Zaitsu (via email)<br>Etan Zaitsu<br>Attorney for Defendant<br>Gary M. Roberts |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 16th day of August, 2019.

/s/ John A. Mendez
John A. Mendez
United States District Judge