TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA  95623
Telephone:  (530) 885-6244

Attorney for Defendant
GEORGINA LOPEZ-QUINTERO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>ERENDIRA NAVA et al<br><br>         Defendants. | CASE NO. 2:17-cr-00064-JAM<br><br>**STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE;  FINDINGS AND ORDER** |

**STIPULATION**

The defendant, Georgina Lopez-Quintero, by and through her counsel, Toni White, Cesar Erendira Nava, by and through his counsel, Clemente Jimenez, Alfonso Rivera, Jr., by and through his counsel, Michael Long and the Government, by and through its counsel, Jason Hitt, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 16, 2020

2. By this stipulation, the above-named defendants now move to continue the status conference until August 11, 2020 at 9:15 a.m, and to exclude time between June 16, 2020, and August 11, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Discovery in this case consists of hundreds of pages of investigative reports, multiple wiretap applications, audio recordings of thousands of intercepted calls, transcripts,

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1

photographs, video and seized real evidence. All of this discovery has been discovered or made available to defense counsel.

b) Defense counsels need additional time to continue to review discovery, to continue to consult with their clients, review the current charges, conduct investigation and research related to the charges and to discuss potential resolutions with their clients and otherwise prepare for trial.

c) Defense counsels believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The Government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 16, 2020 to August 11, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///

///

///

///

///

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:  June 11, 2020

By      Toni White for
            JASON HITT
            Assistant United States Attorney

DATED:  June 11, 2020

By      /s/ Toni White
            TONI WHITE
            Attorney for Defendant
            GEORGINA LOPEZ-QUINTERO

DATED:  June 11, 2020

By      /s/ Toni White
            CLEMENTE JIMENEZ
            Attorney for Defendant
            CESAR ERENDIRA NAVA

DATED:  June 11, 2020

By      /s/ Toni White for
            MICHAEL LONG
            Attorney for Defendant
            ALFONSO RIVERA JR.

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 11th day of June, 2020.

                                      /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE