MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ALFONSO RIVERA, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 17-64 JAM |
| Plaintiff, | ) |
|  | ) STIPULATION AND |
| v. | ) ORDER TO STATUS CONFERENCE |
|  | ) |
| CESAR ERENDIRA NAVA, | ) Requested date: 10-27-2020 |
| ALFONSO RIVERA, Jr., and | ) Time: 9:15 a.m. |
| GEORGINA LOPEZ-QUINTERO, | ) Judge: Hon. John A. Mendez |
| Defendants. | ) |
| =================================) | |

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, Clemente Jimenez, attorney for defendant CESAR ERENDIRA NAVA, Toni White, attorney for defendant GEORGINA LOPEZ-QUINTERO, and Michael Long, attorney for defendant ALFONSO RIVERA, Jr., that the status conference set for August 18, 2020, at 9:15 a.m. should be continued and re-set for October 27, 2020, at 9:30 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  The government has provided over 1,750 pages of discovery., including many recordings.  Each defense attorney continues to read, view and listen to the discovery, investigate the case and meet with their respective clients.  Counsel for each of the defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.   Counsel for the United States does not oppose this requested continuance.

-1-

All parties are available to appear in this case on October 27, 2020.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time has already been excluded through August 18, 2020.

All parties request the date of October 27, 2020, for the new status hearing. The request for extending the date for the status conference is at the specific request of each of the defendants and with the knowing, intelligent and voluntary waiver of each defendant's speedy trial rights under the law. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 18, 2020, to October 27, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  August 8, 2020                                      Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Alfonso Rivera, Jr.

/s/ Clemente Jimenez
CLEMENTE JIMENEZ
Attorney for Cesar Erendira Nava

/s/ Toni White
TONI WHITE
Attorney for Georgina Lopez-Quintero

///

Dated: August 8, 2020

McGREGOR SCOTT
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for October 27, 2020, at 9:15 a.m., before District Court Judge John A. Mendez.

Time is excluded through the new hearing date of October 27, 2020.

Dated: August 10, 2020

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge