MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ALFONSO RIVERA, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff, | ) No. 2:17-CR-00064 JAM<br>)<br>) STIPULATION AND |
| v. | ) ORDER TO STATUS CONFERENCE<br>) |
| CESAR ERENDIRA NAVA,<br>ALFONSO RIVERA, Jr., and<br>GEORGINA LOPEZ-QUINTERO,<br>Defendants. | ) Requested date: 1-26-2021<br>) Time: 9:30 a.m.<br>) Judge: Hon. John A. Mendez<br>) |

==============================)

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, Clemente Jimenez, attorney for defendant CESAR ERENDIRA NAVA, Toni White, attorney for defendant GEORGINA LOPEZ-QUINTERO, and Michael Long, attorney for defendant ALFONSO RIVERA, Jr., that the status conference set for October 27, 2020, at 9:30 a.m. should be continued and re-set for January 26, 2021, at 9:30 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  The government has provided over 1,750 pages of discovery, including many audio and video recordings.  Each defense attorney continues to read, view and listen to the discovery, investigate the case and meet with their respective clients. Counsel for each of the defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account

–1–

the exercise of due diligence.   Counsel for the United States does not oppose this requested continuance.

All parties are available to appear in this case on January 26, 2021.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial.  Time has already been excluded through October 27, 2020.

All parties request the date of January 26, 2021, at 9:30 a.m., for the new status hearing.  The request for extending the date for the status conference is at the specific request of each of the defendants and with the knowing, intelligent and voluntary waiver of each defendant's speedy trial rights under the law.  Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 27, 2020, to January 26, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  October 22, 2020                    Respectfully submitted,

                                            /s/ Michael D. Long
                                            MICHAEL D. LONG
                                            Attorney for Alfonso Rivera, Jr.

                                            /s/ Clemente Jimenez
                                            CLEMENTE JIMENEZ
                                            Attorney for Cesar Erendira Nava

                                            /s/ Toni White
                                            TONI WHITE
                                            Attorney for Georgina Lopez-Quintero

Dated:  October 22, 2020                    McGREGOR SCOTT
                                            United States Attorney

                                            /s/ Jason Hitt
                                            JASON HITT
                                            Assistant U.S. Attorney

                              ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

     The date for the status hearing in this matter is hereby re-set for January 26, 2021, at 9:30 a.m., before District Court Judge John A. Mendez.

     Time is excluded through the new hearing date of January 26, 2021.


DATED:  October 22, 2020           /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE