1    MICHAEL D. LONG  (CA State Bar #149475)
2    901 H Street, Suite 301
     Sacramento, CA 95814
3    (916) 201-4188
     Mike.Long.Law@msn.com
4

5    Attorney for ALFONSO RIVERA, Jr.

6                   IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8    THE UNITED STATES OF AMERICA,        ) No. 17-64 JAM
                          Plaintiff,      )
9                                         ) STIPULATION AND ORDER
           v.                             ) TO STATUS CONFERENCE
10                                        )
     CESAR ERENDIRA NAVA,                 ) Requested date: 3-2-2021
11   ALFONSO RIVERA, Jr., and             ) Time: 9:30 a.m.
     GEORGINA LOPEZ-QUINTERO,             ) Judge: Hon. John A. Mendez
12                        Defendants.     )
13   ==============================)

14          It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney,

15   Clemente Jimenez, attorney for defendant CESAR ERENDIRA NAVA, Toni White, attorney for

16   defendant GEORGINA LOPEZ-QUINTERO, and Michael Long, attorney for defendant

17   ALFONSO RIVERA, Jr., that the status conference set for January 26, 2021, at 9:30 a.m. should be

18   continued and re-set for March 2, 2021, at 9:30 a.m.

19          The parties further agree that this Court should make a finding of good cause for the requested

20   extension and that in fact good cause is hereby shown.  The government has provided over 1,750

21   pages of discovery, including many audio and video recordings.  Each defense attorney continues to

22   read, view and listen to the discovery, investigate the case and meet with their respective clients.

23   Counsel for each of the defendants believe that failure to grant the above-requested continuance

24   would deny counsel the reasonable time necessary for effective preparation, taking into account

25

26

27

28

                                        –1–

the exercise of due diligence.   Counsel for the United States does not oppose this requested continuance.

All parties are available to appear in this case on March 2, 2021.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial.  Time has already been excluded through January 26, 2021.

All parties request the date of March 2, 2021, at 9:30 a.m., for the new status hearing.  The request for extending the date for the status conference is at the specific request of each of the defendants and with the knowing, intelligent and voluntary waiver of each defendant's speedy trial rights under the law.  Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 26, 2021, to March 2, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  January 21, 2021

Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Alfonso Rivera, Jr.

/s/ Clemente Jimenez
CLEMENTE JIMENEZ
Attorney for Cesar Erendira Nava

/s/ Toni White
TONI WHITE
Attorney for Georgina Lopez-Quintero

–2–

Dated:  January 21, 2021

McGREGOR SCOTT
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

**ORDER**

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for March 2, 2021, at 9:30 a.m., before District Court Judge John A. Mendez.

Time is excluded through the new hearing date of March 2, 2021.

DATED:  January 21, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE