MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ALFONSO RIVERA, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>CESAR ERENDIRA NAVA,<br>ALFONSO RIVERA, Jr., and<br>GEORGINA LOPEZ-QUINTERO,<br>Defendants.<br>==============================) | ) No. 17-64 JAM<br>)<br>) STIPULATION AND ORDER TO<br>) CONTINUE STATUS CONFERENCE<br>)<br>) Requested date: 5-18-2021<br>) Time: 9:30 a.m.<br>) Judge: Hon. John A. Mendez<br>) |

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, Clemente Jimenez, attorney for defendant CESAR ERENDIRA NAVA, Toni White, attorney for defendant GEORGINA LOPEZ-QUINTERO, and Michael Long, attorney for defendant ALFONSO RIVERA, Jr., that the status conference set for March 2, 2021, at 9:30 a.m. should be continued and re-set for May 18, 2021, at 9:30 a.m.

The parties further agree that this Court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  The government has provided over 1,750 pages of discovery, including many audio and video recordings.  Each defense attorney continues to read, view and listen to the discovery, investigate the case and meet with their respective clients. Counsel for each of the defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account

the exercise of due diligence.   Counsel for the United States does not oppose this requested continuance.

All parties are available to appear in this case on May 18, 2021.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial.  Time has already been excluded through March 2, 2021.

All parties request the date of May 18, 2021, at 9:30 a.m., for the new status hearing.  The request for extending the date for the status conference is at the specific request of each of the defendants and with the knowing, intelligent and voluntary waiver of each defendant's speedy trial rights under the law.  Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 2, 2021, to May 18, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  February 16, 2021                      Respectfully submitted,

                                               /s/ Michael D. Long
                                               MICHAEL D. LONG
                                               Attorney for Alfonso Rivera, Jr.

                                               /s/ Clemente Jimenez
                                               CLEMENTE JIMENEZ
                                               Attorney for Cesar Erendira Nava

                                               /s/ Toni White
                                               TONI WHITE
                                               Attorney for Georgina Lopez-Quintero

–2–

Dated:  February 16, 2021

PHIL TALBERT
Acting United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for May 18, 2021, at 9:30 a.m., before District Court Judge John A. Mendez.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 2, 2021, to the new hearing date of May 18, 2021, inclusive, is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.


DATED:  February 16, 2021

/s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ

UNITED STATES DISTRICT COURT JUDGE