CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for CESAR ERENDIRA NAVA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CESAR ERENDIRA NAVA, et al.<br><br>Defendants. | Case No.: 2:17-cr-00064-JAM-1<br><br>**STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME**<br><br>DATE:   May 18, 2021<br>TIME:    9:30 a.m.<br>JUDGE:  Hon. John A. Mendez |

**STIPULATION**

The defendant, Cesar Erendira Nava, by and through his counsel, Clemente Jimenez, and the Government, by and through its counsel, Jason Hitt, hereby stipulate as follows:

1.      By previous order, this matter was set for status on May 18, 2021.

2.      By this stipulation, the defendant now moves to continue the status conference until August 3, 2021, and to exclude time between the date of this stipulation, May 13, 2021, and August 3, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Discovery in this case consists of hundreds of pages of investigative reports, multiple wiretap applications, audio recordings of thousands of

intercepted calls, transcripts, photographs, video and seized real evidence. All of this discovery has been discovered or made available to defense counsel.

b)      Defense counsels need additional time to continue to review discovery, to continue to consult with their clients, review the current charges, conduct investigation and research related to the charges and to discuss potential resolutions with their clients and otherwise prepare for trial.

c)      Defense counsels believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The Government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 13, 2021 to August 3, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

//

//

05/14/21

1    IT IS SO STIPULATED.

2

3    DATED:  May 13, 2021

4                                                    By    /s/ Jason Hitt
                                                          JASON HITT
5                                                         Assistant United States Attorney

6    DATED:  May 13, 2021

7                                                    By    /s/ Clemente M. Jiménez
                                                          CLEMENTE JIMENEZ
8                                                         Attorney for Defendant
9                                                         CESAR ERENDIRA NAVA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for May 18, 2021, at 9:30 a.m., be vacated and the matter **CONTINUED** for further status conference on **August 3, 2021, at 9:30 a.m**.  The Court finds that time under the Speedy Trial Act shall be excluded from the date of this stipulation, May 13, 2021, through August 3, 2021, in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated:  May 14, 2021

/s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

05/14/21