TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA 95623
Telephone: (530) 885-6244

Attorney for Defendant
GEORGINA LOPEZ-QUINTERO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-cr-00064-JAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER** |
| v. | |
| ERENDIRA NAVA et al | |
| Defendants. | |

**STIPULATION**

The defendant, Georgina Lopez-Quintero, by and through her counsel, Toni White, Cesar Erendira Nava, by and through his counsel, Clemente Jimenez, and the Government, by and through its counsel, Jason Hitt, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 21, 2021

2. By this stipulation, the above-named defendants now move to continue the status conference until November 16, 2021, and to exclude time between September 21, 2021, and November 16, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) Discovery in this case consists of hundreds of pages of investigative reports, multiple wiretap applications, audio recordings of thousands of intercepted calls, transcripts, photographs, video and seized real evidence. All of this discovery has been discovered or

made available to defense counsel. In addition, counsel for Ms. Lopez has received a plea agreement and needs time to discuss it with her client.

b)  Defense counsels need additional time to continue to review discovery, to continue to consult with their clients, review the current charges, conduct investigation and research related to the charges and to discuss potential resolutions with their clients and otherwise prepare for trial.

c)  Defense counsels believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)  The Government does not object to the continuance.

e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 21, 2021 to November 16, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: September 15, 2021

By    Toni White for
      JASON HITT
      Assistant United States Attorney

DATED: September 15, 2021

By    /s/ Toni White
      TONI WHITE
      Attorney for Defendant
      GEORGINA LOPEZ-QUINTERO

DATED: September 15, 2021

By    /s/ Toni White
      CLEMENTE JIMENEZ
      Attorney for Defendant
      CESAR ERENDIRA NAVA

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  September 15, 2021         /s/ John A. Mendez
                                   _____
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE