1  CLEMENTE M. JIMÉNEZ, ESQ.
2  California State Bar Number 207136
   431 I Street, Suite 102
3  Sacramento, CA 95814
4  (916) 443-8055

5  Attorney for CESAR ERENDIRA NAVA

6
              UNITED STATES DISTRICT COURT
7
              EASTERN DISTRICT OF CALIFORNIA
8

9

10  UNITED STATES OF AMERICA,          Case No.: 17-064 JAM

11              Plaintiff,              STIPULATION AND ORDER
                                        VACATING DATE, CONTINUING
12         vs.                          CASE, AND EXCLUDING TIME
13
    CESAR ERENDIRA NAVA, et al.         DATE:   January 11, 2022
14                                      TIME:   9:30 a.m.
15              Defendants.             JUDGE:  Hon. John A. Mendez

16

17      IT IS HEREBY STIPULATED by and between Assistant United States Attorney,

18  Jason Hitt, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for

19  Defendant Cesar Erendira Nava, that the status conference in this matter currently

20  scheduled for January 11, 2022, at 9:30 a.m. be vacated, and the matter be continued to

21  this court's criminal calendar on February 1, 2022, at 9:30 a.m. for further status

22  conference and possible change of plea.

23      Discovery in this case consists of over 1,700 pages of reports; recordings and

24  transcripts of wiretaps from five target lines; and pole camera data spanning twenty-four

25  hours a day for approximately a month.

26      Defense counsel will require additional time to continue review of discovery,

27  conduct necessary investigation, prepare for trial, and confer with Mr. Erendira-Nava.

28

01/07/22

1      IT IS FURTHER STIPULATED that time within which the trial of this case must

2 be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded

3 from the date of the parties' stipulation, January 7, 2022, to and including February 1,

4 2022, from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local

5 code T-4), and that the ends of justice served in granting the continuance and allowing

6 the defendant further time to prepare outweigh the best interests of the public and the

7 defendant to a speedy trial.

8

9 DATED:     January 7, 2022     /S/    Jason Hitt

10                 McGREGOR SCOTT

11                 by JASON HITT
                Attorney for Plaintiff

12                 /S/    Clemente M. Jiménez

13                 CLEMENTE M. JIMÉNEZ

14                 Attorney for Cesar Erendira Nava

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for January 11, 2022, at 9:30 a.m., be vacated and the matter continued for further status conference on February 1, 2022, at 9:30 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties stipulation, January 7, 2022, to and including February 1, 2022, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED:  January 7, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNNITED STATES DISRICT COURT JUDGE

01/07/22