CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for CESAR ERENDIRA NAVA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CESAR ERENDIRA NAVA, et al.<br><br>Defendants. | Case No.: 17-064 JAM<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  February 1, 2022<br>TIME:  9:30 a.m.<br>JUDGE: Hon. John A. Mendez |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Jason Hitt, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Cesar Erendira Nava, that the status conference in this matter currently scheduled for February 1, 2022, at 9:30 a.m. be vacated, and the matter be continued to this court's criminal calendar on March 8, 2022, at 9:30 a.m. for further status conference and possible change of plea.

    Discovery in this case consists of over 1,700 pages of reports; recordings and transcripts of wiretaps from five target lines; and pole camera data spanning twenty-four hours a day for approximately a month.

    Defense counsel will require additional time to continue review of discovery, conduct necessary investigation, prepare for trial, and confer with Mr. Erendira Nava,

01/28/22

who was recently transferred to the Rio Cosumnes Correctional Center. He is currently in quarantine and, thus, unavailable to meet with counsel.

    IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from the date of the parties' stipulation, January 7, 2022, to and including March 8, 2022, from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:     January 28, 2022          /S/     Jason Hitt
                                     McGREGOR SCOTT
                                     by JASON HITT
                                     Attorney for Plaintiff

                                     /S/     Clemente M. Jiménez
                                     CLEMENTE M. JIMÉNEZ
                                     Attorney for Cesar Erendira Nava

01/28/22

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for February 1, 2022, at 9:30 a.m., be vacated and the matter continued for further status conference on March 8, 2022, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded from January 28, 2022, the date of the parties' stipulation, to and including March 8, 2022, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED:  January 28, 2022            /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE

01/28/22