CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for CESAR ERENDIRA NAVA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CESAR ERENDIRA NAVA, et al.<br><br>Defendants. | Case No.: 17-064 JAM<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  March 8, 2022<br>TIME:   9:30 a.m.<br>JUDGE: Hon. John A. Mendez |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Jason Hitt, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Cesar Erendira Nava, that the status conference in this matter currently scheduled for March 8, 2022, at 9:30 a.m. be vacated, and the matter be continued to this court's criminal calendar on April 19, 2022, at 9:30 a.m. for further status conference and possible change of plea.

    Discovery in this case consists of over 1,700 pages of reports; recordings and transcripts of wiretaps from five target lines; and pole camera data spanning twenty-four hours a day for approximately a month.

    Defense counsel will require additional time to continue review of discovery, conduct necessary investigation, prepare for trial, and confer with Mr. Erendira Nava.

03/07/22

1  IT IS FURTHER STIPULATED that time within which the trial of this case must
2 be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded
3 from the date of the parties' stipulation, February 7, 2022, to and including April 19,
4 2022, from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local
5 code T-4), and that the ends of justice served in granting the continuance and allowing
6 the defendant further time to prepare outweigh the best interests of the public and the
7 defendant to a speedy trial.

9  DATED:     February 7, 2022        /S/    Jason Hitt
                                       PHILLIP TALBERT
                                       by JASON HITT
                                       Attorney for Plaintiff

                                       /S/    Clemente M. Jiménez
                                       CLEMENTE M. JIMÉNEZ
                                       Attorney for Cesar Erendira Nava

03/07/22

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for March 8, 2022, at 9:30 a.m., be vacated and the matter continued for further status conference on April 19, 2022, at 9:30 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded from January 28, 2022, the date of the parties' stipulation, to and including April 19, 2022, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED:  March 7, 2022            /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    UNITED STATES DISTRICT COURT JUDGE