Case 2:17-cr-00064-JAM   Document 373   Filed 03/26/24   Page 1 of 1

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

United States of America

v.

CESAR ERENDIRA NAVA

)
)
)
)
)
)
)

Case No: 2:17-cr-00064-JAM-1

USM No: 76437-097

Date of Original Judgment: ___09/13/2022___

Date of Previous Amended Judgment: _____

*(Use Date of Last Amended Judgment if Any)*

David M. Porter, Assistant Federal Defender

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___105___ months **is reduced to** ___94 months___.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

If the amount of time served as of the effective date of this order exceeds 94 months, the sentence is instead reduced to a sentence of time served, in which case, the order may be stayed for up to ten (10) days to allow the Bureau of Prisons to perform its statutory duties and release planning.

Except as otherwise provided, all provisions of the judgment dated ___09/13/2022___ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: ___03/26/2024___

Effective Date: Up to 10 days from date of this judgment

*(if different from order date)*

/s/ John A. Mendez

*Judge's signature*

John A. Mendez, Senior United States District Judge

*Printed name and title*